DANIEL J. BRODERICK, Bar #89424
Federal Defender
MARK A. LIZARRAGA, Bar #186240
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
SAMUEL ALVAREZ-CRUZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> SAMUEL ALVAREZ-CRUZ, ) <br> ) <br> Defendant. ) <br> _____ ) | No. 1:06-cr-0146 AWI <br><br> STIPULATION TO CONTINUE STATUS CONFERENCE HEARING; AND ORDER THEREON <br><br> Date: February 5, 2007 <br> Time: 9:00 a.m. <br> Dept : Hon. Anthony W. Ishii |

   **IT IS HEREBY STIPULATED** by and between the parties hereto, and through their respective attorneys of record herein, that the Status Conference Hearing, in the above captioned matter, scheduled for January 16, 2007, may be continued to **February 5, 2007, at 9:00 a.m.**

   The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein for effective defense

///
///
///
///
///
///
///

preparation pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and 3161(h)(B)(iv).

DATED:  January 11, 2007                              MCGREGOR W. SCOTT
                                                      United States Attorney


                                                      By /s/ Steven M. Crass
                                                      STEVEN M. CRASS
                                                      Assistant U.S. Attorney
                                                      Attorney for Plaintiff


DATED: January 11, 2007                               DANIEL J. BRODERICK
                                                      Federal Defender


                                                      By /s/ Mark A. Lizárraga
                                                      MARK A. LIZÁRRAGA
                                                      Assistant Federal Defender
                                                      Attorney for Defendant

**O R D E R**

IT IS SO ORDERED.  Time is excluded in the interests of justice pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and 3161(h)(B)(iv).

IT IS SO ORDERED.

**Dated:    January 12, 2007**                        **/s/ Anthony W. Ishii**
0m8i78                                                UNITED STATES DISTRICT JUDGE

Stipulation to Continue Status Conference Hearing            2