DANIEL J. BRODERICK, Bar #89424
Federal Defender
MARC C. AMENT, Bar #59080
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
SAMUEL ALVAREZ-CRUZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. 1:06-CR-0146 LJO |
| Plaintiff, | STIPULATION TO CONTINUE STATUS CONFERENCE HEARING, AND [PROPOSED] ORDER THEREON |
| v. | |
| SAMUEL ALVAREZ-CRUZ, Aka: SAMUEL ALVAREZ-RODRIGUEZ, | Date: March 23, 2007 Time: 9:00 a.m. Judge: Honorable Lawrence J. O'Neill |
| Defendant. | |

**STIPULATION**

It is hereby stipulated by and between the parties hereto that the status conference hearing in the above- entitled matter now set for March 2, 2007, may be continued to **March 23, 2007, at 9:00 a.m.**

The reason for this continuance is to allow counsel additional time for defense preparation and case settlement negotiations; a draft pre-plea advisory guideline presentence investigation report was made available February 2, 2007.  The defense anticipates an offer of reduction pursuant to U.S.S.G. § 5K3.1.

The parties agree that time shall be excluded pursuant to 18 U.S.C. §§ 3161, subd.(h)(8)(A) and (B) in that the ends of justice served by the continuance outweigh the best interest of the public and the

///

///

///

1  defendant in a speedy trial, since the failure to grant such a continuance would deny counsel for the
2  defendant the reasonable time necessary for effective preparation, taking into account the exercise of due
3  diligence.

4  McGREGOR W. SCOTT
   United States Attorney

6  DATED: February 26, 2007    By:   /s/  Steve M. Crass
                                      STEVE M. CRASS
7                                     Assistant U.S. Attorney
                                      Attorney for Plaintiff

9                                     DANIEL J. BRODERICK
                                      Federal Defender

11 DATED: February 26, 2007    By:   /s/ Marc C. Ament
                                      MARC C. AMENT
12                                    Assistant Federal Defender
                                      Attorney for Defendant
13                                    SAMUEL ALVAREZ-CRUZ

## ORDER

**IT IS SO ORDERED.**  Time is excluded pursuant to 18 U.S.C. § 3161, subd. (h)(8)(A) and (B). For the reasons stated above, the court finds that the ends of justice served by the delay outweigh the best interest of the public and the defendants in a speedy trial.

IT IS SO ORDERED.

**Dated:   February 26, 2007**           /s/ Lawrence J. O'Neill
b9ed48                                   UNITED STATES DISTRICT JUDGE